# United States District Court

SOUTHERN DISTRICT OF TEXAS
McAllen Division

UNITED STATES OF AMERICA

V.

**Gerardo MARTINEZ LOPEZ**
YOB: 1991   AKA: Julian Artemio CANTU GRIMALDO
COC: Mexico

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: 7:19-po- 229

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 27, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowingly, willfully and in violation of law, attempted to gain illegal entry or obtains illegal entry into the United States by willful concealment of a material fact,

in violation of Title __8__ United States Code, Section(s) __1325(a) ( 3 )__

I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to enter the United States illegally at the Hidalgo Port of Entry by presenting a Laser Visa bearing the name and photo of another person.  He was referred into secondary for further inspection.  Database queries revealed the document was issued to a different person, as the photo and fingerprint did not match the defendant's.  The defendant is a citizen of Mexico and has no legal status in the United States.

*I declare under penalty of perjury that the statements in this complaint are true and correct.*

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/s/   Diego Rodriguez   CBP Enforcement Officer

Sworn to before me and subscribed in my presence,    Signature of Complainant

**July 28, 2019**                                    at   **McAllen, Texas**
Date                                                      City and State

**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                        Signature of Judicial Officer